RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 1/20/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| HORACE J. CONDE, JR.<br>L.A. DOC#131614 | * | CIVIL ACTION NO. 09-1441<br>SEC. P |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| LOUISIANA CORRECTION<br>SERVICES, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment [Doc. No. 33] filed by Defendants LCS Corrections Services, Inc. (erroneously named as "Louisiana Corrections Services"), Nurse Allen, Nurse Sigaret, and Deputy Warden Pailette, is **GRANTED** as to all Defendants.

MONROE, LOUISIANA, this 20 day of January, 2011.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE